DANIELLE OCHS (SBN 178677)
dot@ogletreedeakins.com
BECKI D. GRAHAM (SBN: 238010)
becki.graham@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:   415.442.4810
Facsimile:    415.442.4870

Attorneys for Defendant
CENTIMARK CORPORATION

Galen T. Shimoda (SBN 226752)
Justin P. Rodriguez (SBN 278275)
Shimoda Law Corp.
9401 East Stockton Boulevard, Suite 200
Elk Grove, CA 95624
Telephone:   916.525.0716
Facsimile:    916.760.3733

Attorneys for Plaintiff
STEVEN SANDOVAL

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN SANDOVAL<br><br>              Plaintiff,<br><br>     vs.<br><br>CENTIMARK CORPORATION, a Pennsylvania Corporation and DOES 1-100, inclusive<br><br>              DEFENDANT. | Case No. 2:12-cv-01251-KJM-KJN<br><br>**JOINT STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271**<br><br>Action Filed:     April 5, 2012<br>Trial Date:        June 9, 2014 |

Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program ("VDRP").  Defendant agrees to participate in VDRP after completion of Plaintiff's deposition.

DATED: October 29, 2012                OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By:      /s/ Becki D. Graham
     DANIELLE OCHS
     BECKI D. GRAHAM

     Attorney for Defendant
     Centimark Corporation


DATED: October 29, 2012                SHIMODA LAW CORP.


By:      /s/ Justin P. Rodriguez
     GALEN T. SHIMODA
     JUSTIN P. RODRIGUEZ

     Attorney for Plaintiff
     Steven Sandoval

This matter is referred to the court's ADR Coordinator, Sujean Park, for referral to VDRP in sixty days for the convening of a VDRP session to take place in thirty to sixty days thereafter, at which a principal with full settlement authority for each party shall appear.

IT IS SO ORDERED.

DATED:  November 1, 2012.

_____
UNITED STATES DISTRICT JUDGE

13533030.1 (OGLETREE)